## The GOVERNOR *v.* KENNERLY and Others, in Error.

HELD, that it is not the duty of a justice of the peace, under the statute, to issue a scire facias against a constable for failing to return an execution, unless the scire facias be ordered by the plaintiff (1).

(1).  Stat. 1817, p. 215;—1823, p. 245.